## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **SEALED** |
| | : | |
| **v.** | : | **CRIMINAL NO. 3:21-CR-____** |
| | : | |
| **KIMBERLY GARCIA** | : | **VIOLATION(S):** |
| **AND COREY GRESHAM** | : | **21 U.S.C. § 846 i/c/w** |
| **Defendants.** | : | **21 U.S.C. § 841(a)(1)** |
| | : | **21 U.S.C. § 841(b)(1)(B)(viii)** |
| | : | **21 U.S.C. § 841(b)(1)(C)** |
| | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

From on or about January 1, 2020, and continuing to on or about July 10, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### KIMBERLY GARCIA
### and
### COREY GRESHAM,

defendants herein, knowingly and intentionally conspired with each other and with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of methamphetamine, in an amount over fifty (50) grams; all in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(viii).

1

## COUNT TWO
## (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about July 6, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**KIMBERLY GARCIA**
**and**
**COREY GRESHAM,**

defendants herein, aided and abetted by each other and other persons, both known and unknown to the Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
PETER LEARY
ACTING UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __10__ day of __Feb__ AD 2021.

C. Alston
Deputy Clerk

2