# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:21-CR-7(CAR) |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| KIMBERLY GARCIA | : | |
| | : | |
| | : | 21U.S.C. § 846 i/c/w |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(B)(viii) |
| | : | 21 U.S.C. § 841(b)(1)(C) |
| | : | |
| | : | |
| | : | |

## P L E A

I, **KIMBERLY GARCIA**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead **NOT GUILTY** this 8ᵗʰ day of March, 2021.

X _Kimberly Garcia_
KIMBERLY GARCIA
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT

_[signature]_
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY